## (June 26, 1962)

■ In the Matter of CORAL REEF BEACH CLUB, INC., et al., Petitioners, v. BOARD OF STANDARDS AND APPEALS OF THE STATE OF NEW YORK, Respondent.— Motion to add the case to the calendar denied. In our opinion the "enforcement

of said order [of respondent] as against petitioners" stayed by the order of March 7, 1962 restrains only the Board of Standards and Appeals and does not prevent a criminal prosecution instituted by a District Attorney or by the Attorney-General. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.